UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John Payne

        v.                        Civil No. 10-cv-268-SM

Frederick J. Hanna Associates, P.C.

O R D E R

Complaint Filed:     July 7, 2010

Summons Issued:    July 8, 2010

To date, the Court has received no return of service.

In accordance with Federal Rule of Civil Procedure 4(m), the case will be dismissed without prejudice on November 5, 2010, if said return or a motion to extend time to effect service is not received by that date.

SO ORDERED.

October 15, 2010

                                          Steven J. McAuliffe
                                          Chief Judge
                                          United States District Court

cc:     James D. Kelly, Esq.